PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
CHRISTOPHER D. BAKER
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>JAMES YORK, ET AL,<br><br>　　　　　Defendant. | CASE NO. 1:16-CR-00069 LJO<br><br>STIPULATION TO EXTEND MOTIONS SCHEDULE |

　　　IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and Kimberly A. Sanchez and Jeffrey Spivak, Assistant U.S. Attorneys and Carol Moses, Dale Blickenstaff, David Torres, Eric Fogderude, Galatea DeLapp, Gary Huss, Harry Drandell, John Garland, Katherine Hart, Kevin Little, Marc Days, Nicholas Capozzi, Peter Jones, Richard Beshwate, Salvatore Sciandra, Steven Crawford, Virna Santos, and W. Scott Quinlan attorneys for the Defendants, that the deadline for the motions, responses and replies to be filed be extended from April 3, May 3, and June 2, 2017 to June 3, July 26, and August 30, 2017; and that the hearing be moved from June 26, 2017 at 1:30 p.m. to September 11, 2017 at 1:30 p.m.  The request is made because the defense needs additional time to receive discovery from their discovery coordinator (the discovery that had already been timely provided by the government).  The government has no objection to the request.

　　Stipulation　　　　　　　　　　　　　　　　1

| | |
|---|---|
| Dated: March 9, 2017 | Respectfully submitted, |
| | PHILLIP A. TALBERT<br>Acting United States Attorney |
| | By   /s/ Kimberly A. Sanchez<br>KIMBERLY A. SANCHEZ<br>JEFFREY SPIVAK<br>Assistant U.S. Attorneys |
| Dated: March 9, 2017 | /s/ Carol Moses<br>/s/ Dale Blickenstaff<br>/s/ David Torres<br>/s/ Eric Fogderude<br>/s/ Galatea DeLapp<br>/s/ Gary Huss<br>/s/ Harry Drandell<br>/s/ John Garland<br>/s/ Katherine Hart<br>/s/ Kevin Little<br>/s/ Marc Days<br>/s/ Nicholas Capozzi<br>/s/ Peter Jones<br>/s/ Richard Beshwate<br>/s/ Salvatore Sciandra<br>/s/ Steven Crawford<br>/s/ Virna Santos<br>/s/ W. Scott Quinlan<br><br>Attorneys for Defendant |

   The stipulation is accepted and the request is granted.  Counsel are cautioned not to do anything nor agree to anything that will tamper with the in-concrete trial date.

_____

IT IS SO ORDERED.

   Dated:   **March 10, 2017**          /s/ Lawrence J. O'Neill
                                                        UNITED STATES CHIEF DISTRICT JUDGE

Stipulation                                                2