| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | KIMBERLY A. SANCHEZ<br>JEFFREY A. SPIVAK |
| 3 | CHRISTOPHER D. BAKER<br>Assistant United States Attorneys |
| 4 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 5 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 6 | |
| 7 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>NASTASHA PARKS,<br>TRENELL MONSON,<br>JAMES YORK,<br>KENNETH WHARRY,<br>KIANDRE JOHNSON,<br>DARRELL MAXEY,<br>DAVON MILLRO,<br>KENNETH RAY JOHNSON, III, and<br>ANTHONY WINDFIELD,<br><br>    Defendants. | CASE NO. 1:16-CR-00069-LJO-SKO<br><br>PRELIMINARY ORDER OF FORFEITURE |

Based upon the plea agreements entered into between United States of America and defendants Nastasha Parks, Trenell Monson, James York, Kenneth Wharry, Darrell Maxey, Davon Millro, Kenneth Ray Johnson, III, and Anthony Windfield, and the entry of a guilty plea by Kiandre Johnson and his admission to the forfeiture, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1.  Pursuant to 18 U.S.C. §§ 981(a)(1)(C), 924(d), 982(a)(2)(B), 1029(c)(1)(C), 2428, 26 U.S.C. §§ 5872, 7301, 7303, 28 U.S.C. § 2461(c), the interests of Nastasha Parks, Trenell Monson, James York, Kenneth Wharry, Kiandre Johnson, Darrell Maxey, Davon Millro, Kenneth Ray Johnson, III, and Anthony Windfield in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

PRELIMINARY ORDER OF FORFEITURE                                1

1. 
   a. Approximately $9,672.00 in U.S. Currency;
   b. Approximately $8,818.21 seized from Wells Fargo Bank account number xxxx5970, held in the name of Sylvia Sucilla;
   c. Approximately $3,349.61 in U.S. Currency;
   d. 2012 Hyundai Elantra, License No. 7JNA739, VIN: KMHDH4AE9CU370349; and,
   e. 2009 Chevrolet Silverado, License No. 8T76940, VIN: 3GCEC23J39G189314;
   f. 2009 Toyota Camry, License No. 6DCD672, VIN: 4T1BE46K69U284570;
   g. 2007 Mercedes-Benz S550, License No. 7LFW574, VIN: WDDNG71X67A097849;
   h. 2006 Chevrolet C5500 Bus, License No. 29430V1, VIN: 1GBE5V1276F413337;
   i. 2005 Bentley GT, License No. 7DOJ725; VIN: SCBCR63WX5C026507.
   j. 2000 Reinell Boat and Trailer, Registration No. CF0348PB, Hull No. RNA00364J900, Trailer License No. 1JG4820;
   k. 1988 Ford Mustang, License No. 4XJJ979, VIN: 1FABP44A4JF274577;
   l. 1987 Chevrolet Monte Carlo, License No. 5DFY196, VIN: 1G1GZ11G8HR111353;
   m. 1972 Chevrolet Monte Carlo, License No. 5VPL267, VIN: 1H57H2L589886;
   n. 1969 Chevrolet Chevelle Malibu, License No. 7FIH462, VIN: 136679B405688;
   o. Any and all firearms and ammunition seized in this case;[1] and,
   p. Any and all electronic and digital devices and all data and content stored thereon, seized in this case.[2]

2. The above-listed assets were used or intended to be used to commit or to facilitate the commission of a violation of 18 U.S.C. §§ 1029 and 2421, or is property which constitutes, or derived from, proceeds the defendant obtained directly or indirectly, as a result of a violation of 18 U.S.C. §§ 1029, 1952, and 2421, or is property on which, or for or in respect whereof, any tax is imposed for the purpose of being sold or removed by the defendant or property used to transport or for deposit or

---

[1] All firearm and ammunition property are in the custody of either Fresno Police Department or the California Department of Justice, and will be subject to their policy and procedures governing forfeiture and disposal.

[2] All electronic and digital devices are in the custody of either Fresno Police Department or the California Department of Justice, and will be subject to their policy and procedures governing forfeiture and disposal.

concealment of property in violation of 26 U.S.C. § 7206.  The firearms and ammunition were involved in or used in a knowing violation of 18 U.S.C. § 1952 and/or 26 U.S.C. § 5861(d).

    3.    Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property.  The aforementioned property shall be seized and held by the United States Marshals Service or the Federal Bureau of Investigation in its secure custody and control.

    4.    a. Pursuant to 18 U.S.C. §§ 982(b), 1029(c)(2), 2428, and 28 U.S.C. § 2461(c), incorporating, 21 U.S.C. § 853(n) and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

    b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

    5.    If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C), 924(d), 982(a)(2)(B), 1029(c)(1)(C), 2428, 26 U.S.C. §§ 7301, 7303, 26 U.S.C. § 5872, 28 U.S.C. § 2461(c), in which all interests will be addressed.

///
///
///
///
///
///

6. The government, in its discretion, shall conduct discovery, including written discovery, the taking of depositions, and the issuance of subpoenas, in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED.

Dated: **August 29, 2018**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE