1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT

7                 FOR THE EASTERN DISTRICT OF CALIFORNIA

8     UNITED STATES OF AMERICA,        )    Case № 1:16-CR-00069-1- NONE
                                       )
9               Plaintiff,             )          **O R D E R**
                                       )      **APPOINTING COUNSEL**
10        vs.                          )
                                       )
11    JAMES YORK,                      )
                                       )
12              Defendant.             )
      _____)
13
14           The above named Defendant has, under oath, sworn or affirmed as to his financial

15    inability to employ counsel or has otherwise satisfied this Court that he is financially unable to

16    obtain counsel and wishes counsel be appointed to represent him on Compassionate Release.

17    Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C.

18    § 3006A,

19           IT IS HEREBY ORDERED that Harry M. Drandell be appointed to represent the above

20
21    defendant in this case effective *nunc pro tunc*  to  September 9, 2020, substituting the Federal

22    Defenders Office appointed per G.O. 595.

23    IT IS SO ORDERED.

24        Dated:   **September 16, 2020**

25                                                    _____
                                                     UNITED STATES DISTRICT JUDGE
26
27
28

                                              -1-