# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES YORK,<br><br>　　　　　　Defendant. | No. 1:16-CR-00069-1 NONE<br><br><br>ORDER GRANTING REQUEST TO SEAL |

　　　The Court having considered defendant's Request to Seal Documents, his Notice of Request to Seal Medical Records, including the Declaration of Harry M. Drandell in Support of Request to Seal Documents, finds compelling reasons for the filing of the documents under seal. Therefore, defendant's Request to Seal Documents is GRANTED.

　　　This Order regarding sealing will be permanent and no one is to have access to these documents except for the Court, defendant, opposing counsel, and anyone this court deems appropriate.

/////

/////

/////

/////

/////

1

1  Accordingly, it is ordered that the defendant's Request to Seal Documents and Declaration
2  of Harry M. Drandell in Support of Request to Seal Documents shall be FILED UNDER SEAL.

IT IS SO ORDERED.

Dated:   **February 25, 2021**                    /s/ Dale A. Drozd
                                                 UNITED STATES DISTRICT JUDGE