**HARRY M. DRANDELL #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1060 Fulton Street, Suite 701
Fresno, CA  93721
Phone: (559) 442-1041
Fax:  (559) 214-0174
hmdrandell@sbcglobal.net

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JAMES YORK,<br><br>　　　　　Defendant. | Case No.: 1:16-CR-00069-1 NONE<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |

The Court having considered counsel's motion to withdraw as attorney of record, finds good cause for the granting of the motion.  Therefore, counsel's Motion to Withdraw as Counsel is GRANTED.  The Clerk of Court is directed to serve future filings on the pro se defendant.

In light of this ruling, the Clerk of Court is also directed to serve the March 2, 2021 order granting the government's request for an extension of time on defendant.

IT IS SO ORDERED.

Dated:　March 4, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　*Dale A. Drozd*
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL - 1