## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 1:16-CR-0069-LHR-SKO-1 |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | **APPOINTING COUNSEL** |
| v. | ) | |
| | ) | |
| JAMES YORK, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

In February 2021, James York moved for compassionate release.  (Docket Entry No. 914). Shortly thereafter, York's counsel withdrew due to his disagreement with York about filing the motion.  (Docket Entry Nos. 922, 925, 926).  York now asks the court to appoint counsel to represent him in his compassionate-release motion.  (Docket Entry No. 926).  The court grants York's motion.

The Federal Public Defenders Office is appointed to represent James York in his motion for compassionate release.  York's appointed counsel may file a supplement to York's pro se motion **by April 30, 2021**.  The government must respond **by May 31, 2021**.

SIGNED on March 23, 2021, at Houston, Texas.

_____

Lee H. Rosenthal
Chief United States District Judge