FAY ARFA, A LAW CORPORATION
Fay Arfa, Attorney - SBN 100143
10100 Santa Monica Blvd., #300
Los Angeles, CA 90067
Tel.: (310) 841-6805
Fax: (310) 841-0817
fayarfa@sbcglobal.net

Attorney for Petitioner
JAMES YORK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br>JAMES YORK,<br>    Defendant. | No.: 16-cr-00069 LHR (SKO)<br><br>STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); [PROPOSED] FINDING AND ORDER |

## STIPULATION

Defendant, James York, by and through his counsel of record, and the Plaintiff (the "government"), by and through counsel of record, Jeffrey A. Spivak, AUSA, hereby stipulate as follows:

1. The defendant filed pro se a motion for compassionate release on February 1, 2021. (Docket No. 914)

2. Counsel for the defendant requests additional time to obtain relevant records and draft a supplemental motion for compassionate release. The government does not oppose defendant's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as

1

follows:
a. The defendant's supplemental motion for compassionate release to be filed on or before May 15, 2021;
a. The government's response to defendant's motion for compassionate release to be filed on or before June 4, 2021;
a. And the defendant's reply to the government's response to be filed on or before June 11, 2021.

IT IS SO STIPULATED.

DATED: April 27, 2021

                    Respectfully submitted,

                    /s Fay Arfa
                    _____
                    Fay Arfa,
                    Attorney for Defendant York

DATED: April 27, 2021

                    /s Jeffrey A. Spivak
                    _____
                    Jeffrey A. Spivak,
                    Assistant United States Attorney

# ORDER

Based on the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a. The defendant's supplemental motion for compassionate release is due on or before May 15, 2021;

b. The government's response to defendant's supplemental motion for compassionate release is due on or before June 4, 2021;

c. The defendant's reply to government's response is due on or before June 14, 2021.

Signed this 28th day of April 2021.

*Lee H. Rosenthal*

THE HONORABLE LEE H. ROSENTHAL
CHIEF DISTRICT JUDGE