PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:16-CR-00069-JLT-SKO |
|---|---|
| Plaintiff, | *AMENDED* FINAL ORDER OF FORFEITURE |
| v. | |
| NASTASHA PARKS, TRENELL MONSON, JAMES YORK, KENNETH WHARRY, KIANDRE JOHNSON, DARRELL MAXEY, DAVON MILLRO, KENNETH RAY JOHNSON III, ANTHONY WINDFIELD, and STEVEN BLACKMON, | |
| Defendants. | |

WHEREAS, on November 20, 2017, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Steven Blackmon in the following property:

      a. Approximately $4,006.00 in U.S. Currency,
      b. Model 21, .45 caliber semi-automatic handgun, and
      c. All ammunition seized from defendant in this case.

WHEREAS, on August 29, 2018, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendants Nastasha Parks, Trenell Monson, James York, Kenneth Wharry, Kiandre Johnson, Darrell Maxey, Davon Millro, Kenneth

Ray Johnson III, and Anthony Windfield, in the following property:

    a. Approximately $9,672.00 in U.S. Currency;
    b. Approximately $8,818.21 seized from Wells Fargo Bank account number xxxx5970, held in the name of Sylvia Sucilla;
    c. Approximately $3,349.61 in U.S. Currency;
    d. 2012 Hyundai Elantra, License No. 7JNA739, VIN: KMHDH4AE9CU370349;
    e. 2009 Chevrolet Silverado, License No. 8T76940, VIN: 3GCEC23J39G189314;
    f. 2009 Toyota Camry, License No. 6DCD672, VIN: 4T1BE46K69U284570;
    g. 2007 Mercedes-Benz S550, License No. 7LFW574, VIN: WDDNG71X67A097849;
    h. 2006 Chevrolet C5500 Bus, License No. 29430V1, VIN: 1GBE5V1276F413337;
    i. 2005 Bentley GT, License No. 7DOJ725; VIN: SCBCR63WX5C026507.
    j. 2000 Reinell Boat and Trailer, Registration No. CF0348PB, Hull No. RNA00364J900, Trailer License No. 1JG4820;
    k. 1988 Ford Mustang, License No. 4XJJ979, VIN: 1FABP44A4JF274577;
    l. 1987 Chevrolet Monte Carlo, License No. 5DFY196, VIN: 1G1GZ11G8HR111353;
    m. 1972 Chevrolet Monte Carlo, License No. 5VPL267, VIN: 1H57H2L589886;
    n. 1969 Chevrolet Chevelle Malibu, License No. 7FIH462, VIN: 136679B405688;
    o. Any and all firearms and ammunition seized in this case;[1] and,
    p. Any and all electronic and digital devices and all data and content stored thereon, seized in this case.[2]

AND WHEREAS, beginning on November 22, 2017, and again on November 7, 2018, for at least thirty (30) consecutive days, respectively, the United States published notice of the Court's Orders of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the United States sent direct written notice by certified mail to the following individuals known to have an alleged interest in the above-described property:

    a. Daniesha Alberty: A notice letter was sent via certified mail to Daniesha Alberty at 5250 E. Garrett Avenue, Fresno, CA 93725-4049 on November 23, 2018. The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed on December 3, 2018.

---

[1] All firearms and ammunition property are in the custody of either Fresno Police Department or the California Department of Justice, and will be subject to their policy and procedures governing forfeiture and disposal.

[2] All electronic and digital devices are in the custody of either Fresno Police Department or the California Department of Justice, and will be subject to their policy and procedures governing forfeiture and disposal.

b. Charlotte Cooley: A notice letter was sent via certified mail to Charlotte Cooley at 2973 Ashcroft Avenue, Clovis, CA 93611-3969 on November 23, 2018. The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed on November 28, 2018, by Reuben Cooley.

c. Sharika Gaines: A notice letter was sent via certified mail to Sharika Gaines at 2181 N. Tracy Blvd., Apt. 142N, Tracy, CA 95376-2424 on November 23, 2018. The mail parcel was returned marked "Return to Sender, Attempted – Not Known, Unable to Forward." Sharika Gaines: A notice letter was sent via certified mail to Sharika Gaines at 5809 73rd Ave N Apt 6, Minneapolis, MN 55429-1135 on November 23, 2018. The mail parcel was returned marked as "Return to Sender, Unclaimed, Unable to Forward."

d. Kaneshia Munson: A notice letter was sent via certified mail to Kaneshia Munson at 4572 W. Palo Alto, Apt. 103, Fresno, CA 93722 on November 23, 2018. The mail parcel was returned marked as "Return to Sender, Not Deliverable as Addressed, Unable to Forward." A notice letter was sent via certified mail to Kaneshia Munson at 4837 E. Geary Street, Fresno, CA 93725-1212 on November 23, 2018. The mail parcel was returned marked as "Return to Sender, Attempted – Not Known, Unable to Forward." A notice letter was sent via certified mail to Kaneshia Munson at 5250 E. Garrett Avenue, Fresno, CA 93725 on November 23, 2018. The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed on December 3, 2018.

e. Melissa Vogt: A notice letter was sent via certified mail to Melissa Vogt at 5609 W. Fir Avenue, Fresno, CA 93722-2801 on November 23, 2018. The mail parcel was returned marked as "Return to Sender, Unclaimed, Unable to Forward." A notice letter was sent via certified mail to Melissa Vogt at San Francisco County Jail, JID: 210600667677, 1 Dr Carlton B Goodlett Place, San Francisco, CA 94102 on November 23, 2018. The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed on November 28, 2018, however, was returned on account of Melissa Vogt no longer being an inmate at the facility. A notice letter was sent via certified mail to Melissa Vogt at 2895 E. Solar Avenue, Fresno, CA 93720 on November 23, 2018. The PS Form 3811 (certified mail "green card" showing delivery of mail) was not returned; however the mail parcel was also not returned.

f. Shakore Ogan: A notice letter was sent via certified mail to Shakore Ogan at 6677 N. Jeanne Ave, Fresno, CA 93722-3600 on November 23, 2018. The mail parcel was returned marked "Return to Sender, Attempted – Not Known, Unable to Forward." A notice letter was sent via certified mail to Shakore Ogan at 2161 N. Dante Ave, Fresno, CA 93722-8728 on November 23, 2018. The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed on November 27, 2018.

g. Beverly Pruitt[3]:  A notice letter was sent via certified mail to Beverly Pruitt at 1638 102nd Ave Apt D, Oakland, CA 94603-3226 on November 23, 2018. The mail parcel was returned marked as "Return to Sender, Not Deliverable as Addressed, Unable to Forward."

h. Shawanna Munson:  A notice letter was sent via certified mail to Shawanna Munson at 865 Gettysburg Ave Apt 103W, Clovis, CA 93612-3906 on November 23, 2018.  The mail parcel was returned as "Return to Sender, Not Deliverable as Addressed, Unable to Forward."  A notice letter was sent via certified mail to Shawanna Munson at 6097 N. Alexis Dr, Fresno, CA 93722 on November 23, 2018.  The mail parcel was returned stamped as "Return to Sender." A notice letter was sent via certified mail to Shawanna Munson at 236 W Gettysburg Ave Apt 101, Clovis, CA 93612 on November 23, 2018. The mail parcel was returned marked as "Return to Sender, Unclaimed, Unable to Forward."

i. Leonard Smith:  A notice letter was sent via certified mail to Leonard Smith at 4140 E. Dwight Way Apt 102, Fresno, CA 93702-4465 on November 23, 2018.  The mail parcel was returned marked "Return to Sender, Unclaimed, Unable to Forward."

j. Leonard Anthony Smith:  A notice letter was sent via certified mail to Leonard Anthony Smith at 2895 E. Solar Avenue, Fresno, CA 93720 on November 23, 2018.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was not returned; however, the certified mail parcel was also not returned.  A notice letter was sent via certified mail to Leonard Anthony Smith at 440 E. Dwight Way Apt 102, Fresno, CA 93702-4465 on November 23, 2018.  The mail parcel was returned marked as "Return to Sender, Unclaimed, Unable to Forward."

k. Sylvia Sucilla:  A notice letter was sent via certified mail to Sylvia Sucilla at 5436 E. Balch Avenue, Fresno, CA 93727-4110 on November 23, 2018.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed by Isidro Meza.

l. Tawanna Monson:  A notice letter was sent via certified mail to Tawanna Monson at 2895 E. Solar Avenue, Fresno, CA 93720 on November 23, 2018. The PS Form 3811 (certified mail "green card" showing delivery of mail) was not returned; however, the certified mail parcel was also not returned.

m. David A. Velasco:  A notice letter was sent via certified mail to David A. Velasco at 436 E. San Ramon Ave, Fresno, CA 93710-6816 on November 23, 2018.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed and returned to the U.S. Attorney's Office on November 28, 2018.

///

---

[3] Beverly Pruitt is the registered owner of the 2012 Hyundai Elantra (asset (d) on page 2 of this order).  The asset was returned to her on or about August 23, 2019.

AND WHEREAS, the Court has been advised that Daniesha Alberty, Charlotte Cooley, Sharika Gaines, Melissa Vogt, Beverly Pruitt, Leonard Smith, Leonard Anthony Smith, Sylvia Sucilla, and David A. Velasco have not filed a claim to the subject property and the time for them to file a claim has expired.

AND WHEREAS, the Court has been advised that Shawanna Munson, Shakore Ogan, Trenell Hollins, Kaneshia Munson, and Tawanna Munson, filed a claim to the subject property.

WHEREAS, this Court set an ancillary hearing for July 29, 2019, to hear the arguments of claimants Shawanna Munson, Shakore Ogan, Trenell Hollins, Kaneshia Munson, and Tawanna Munson.

WHEREAS, at the July 29, 2019, ancillary hearing, this Court ordered the return of the 1969 Chevrolet Chevelle Malibu, License No. 7FIH462, VIN: 136679B405688 to Tawanna Munson; and dismissed the claims of Shawanna Munson, Shakore Ogan, Trenell Hollins, and Kaneshia Munson for their failure to appear at the July 29, 2019, ancillary hearing to litigate their claims.

The government did not proceed with forfeiture of the 2009 Chevrolet Silverado, 1988 Ford Mustang, nor the 1987 Chevrolet Monte Carlo (assets (e), (k), and (l), respectively, on page 2 of this order).

Accordingly, it is hereby ORDERED and ADJUDGED:

1.   A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the below-listed property pursuant to 18 U.S.C. §§ 924(d)(1), 981(a)(1)(C), 982(a)(2)(B), 1029(c)(1)(C), 2428, 21 U.S.C. § 853(a), 26 U.S.C. §§ 5872, 7301, 7303, and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Steven Blackmon, Nastasha Parks, Trenell Monson, James York, Kenneth Wharry, Kiandre Johnson, Darrell Maxey, Davon Millro, Kenneth Ray Johnson III, Anthony Windfield, Daniesha Alberty, Charlotte Cooley, Sharika Gaines, Melissa Vogt, Beverly Pruitt, Leonard Smith, Leonard Anthony Smith, Sylvia Sucilla, David A. Velasco, Shawanna Munson, Shakore Ogan, Trenell Hollins, Kaneshia Munson, and Tawanna Munson, and their interests are hereby extinguished.

///

2. All right, title, and interest in the below-listed property shall vest solely in the name of the United States of America:

    a. Approximately $4,006.00 in U.S. Currency,
    b. Model 21, .45 caliber semi-automatic handgun, and
    c. All ammunition seized from defendant in this case
    d. Approximately $9,672.00 in U.S. Currency;
    e. Approximately $8,818.21 seized from Wells Fargo Bank account number xxxx5970, held in the name of Sylvia Sucilla;
    f. Approximately $3,349.61 in U.S. Currency;
    g. 2009 Toyota Camry, License No. 6DCD672, VIN: 4T1BE46K69U284570;
    h. 2007 Mercedes-Benz S550, License No. 7LFW574, VIN: WDDNG71X67A097849;
    i. 2006 Chevrolet C5500 Bus, License No. 29430V1, VIN: 1GBE5V1276F413337;
    j. 2005 Bentley GT, License No. 7DOJ725; VIN: SCBCR63WX5C026507.
    k. 2000 Reinell Boat and Trailer, Registration No. CF0348PB, Hull No. RNA00364J900, Trailer License No. 1JG4820;
    l. 1972 Chevrolet Monte Carlo, License No. 5VPL267, VIN: 1H57H2L589886;
    m. Any and all firearms and ammunition seized in this case; and,
    n. Any and all electronic and digital devices and all data and content stored thereon, seized in this case.

3. The U.S. Marshals Service and the Bureau of Alcohol, Tobacco, Firearms and Explosives shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

DATED: June 6, 2023

HONORABLE JENNIFER L. THURSTON
UNITED DISTRICT JUDGE