IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>   v.<br><br>JAMES YORK,<br><br>                   Defendant. | CASE NO.: 1:16-cr-00069-DAD-SKO-1<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |

     GOOD CAUSE APPEARING, counsel's Motion to Withdraw as Counsel is GRANTED. The Clerk of the Court is directed to update the docket, terminate Notices of Electronic Filing and serve future filings on the pro se defendant.

IT IS SO ORDERED.

   Dated:   **February 7, 2024**　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE