1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:16-cr-00069-DAD-SKO |
|---|---|
| Plaintiff, | ORDER DENYING MOTION FOR REAPPOINTMENT OF COUNSEL |
| v. | (Doc. No. 1024) |
| JAMES YORK, | |
| Defendant. | |

On February 6, 2024, the counsel previously appointed on behalf of defendant James York moved to withdraw as counsel or record, stating as follows:

> On March 29, 2021, the court appointed counsel for Mr. York's motion for compassionate release. (Doc. 930) On July 6, 2021, the court denied Mr. York motion. (Doc. 943) On May 25, 2022, the Ninth Circuit denied Mr. York's appeal and on October 3, 2022, the Supreme Court denied Mr. York's petition for writ of certiorari. (Case No. 21-10196, Dkts. 30, 33) Accordingly, counsel completed her services and requests leave to withdraw as counsel; that the clerk update the docket to reflect the above; and that Notices of Electronic Filing to counsel be terminated.

(Doc. No. 1021.) Finding it to be supported by good cause, the court granted the motion to withdraw as counsel of record on February 8, 2024. (Doc. No. 1022.)

On March 18, 2024, defendant York filed a motion with this court requesting that his previously appointed counsel be re-appointed to assist him "in a second attempt for compassionate release" and in an "application of my first step act credits." (Doc. No. 1024.)

1

Defendant York does not provide any support for his request for the re-appointment of counsel nor does he make any showing that the appointment of counsel is necessary for him to be able to pursue any of the relief he apparently wishes to seek. Absent such a showing, the court will deny defendant's motion without prejudice.

Accordingly, defendant's motion for the reappointment of counsel is denied without prejudice and the Clerk of the Court is directed to again close this case.

IT IS SO ORDERED.

Dated:  **April 29, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2